**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| THINKTANK ONE RESEARCH, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | |
| | § | Civil Action No. 2:14-cv-777 |
| LIDDELL ELECTRONICS CORP., and | § | |
| GISTEQ CORP. | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants*. | § | |

## ORDER OF DISMISSAL

This Motion for Dismissal Pursuant to FED. R. CIV. P. 41(a) as to Defendants Liddell

Electronics Corp. and Gisteq Corp. is **GRANTED**.   All claims of Plaintiff ThinkTank One

Research, LLC against Liddell Electronics Corp. and Gisteq Corp. are hereby **DISMISSED**

**WITH PREJUDICE**.  Each party shall bear its own costs in connection herewith.