IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THINKTANK ONE RESEARCH, LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| V. § | |
| § | Civil Action No. 2:14-cv-777 |
| LIDDELL ELECTRONICS CORP., and § | |
| GISTEQ CORP. § | |
| § | |
| *Defendants*. § | |

## ORDER OF DISMISSAL

This Motion for Dismissal Pursuant to FED. R. CIV. P. 41(a) as to Defendants Liddell Electronics Corp. and Gisteq Corp. is **GRANTED**.  All claims of Plaintiff ThinkTank One Research, LLC against Liddell Electronics Corp. and Gisteq Corp. are hereby **DISMISSED WITH PREJUDICE**.  Each party shall bear its own costs in connection herewith.

**SIGNED this 25th day of December, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE